## AMERICAN SURETY COMPANY v. ISAAC HOCKWALD.

### No. 1752. Decided December 11, 1907.

Garnishment—Non-Resident—Jurisdiction—Case Followed.

The rulings in American Surety Co. v. Bernstein, ante, p. 189, followed and held to control the disposition of this case.

Error to the Court of Civil Appeals for the Fifth District, in an appeal from Kaufman County.

Action by Surety Company to set aside a judgment against it as garnishee obtained by Hockwald. Plaintiff had judgment below, and obtained writ of error on a ruling reversing this recovery upon appeal by defendant.

*Young & Adams, Geo. E. Shelley* and *Fiset & McClendon,* for plaintiff in error.

*Huffmaster & Huffmaster* and *John L. Terrell* for defendant in error.

MR. JUSTICE WILLIAMS delivered the opinion of the court.

This case is controlled by the opinion No. 1753, of same plaintiff in error against Max A. Bernstein. In accordance therewith

*Judgment of Court of Civil Appeals reversed.*
*Judgment of District Court affirmed.*